```
                                            U.S. DISTRICT COURT
                                              DISTRICT OF N.H.
                                                   FILED

                                            2005 JUN 23  P 2:08
```

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jack Vaughan

    v.                        Civil No. 05-cv-223-JD

Bernice A. Ray Elementary School, et al.


### ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS

    Plaintiff's request to proceed *in forma pauperis* is hereby granted, but only for the purpose of waiving the filing fee. This case has been assigned number 05-cv-223-JD.

**SO ORDERED.**

                                               /s/ James R. Muirhead
                                             James R. Muirhead
                                             United States Magistrate Judge

Date:  June 23, 2005

cc:    Jack Vaughan, *pro se*