**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Jack Vaughan</u>

    v.                                      Civil No. 05-cv-223-JD

<u>Bernice A. Ray</u>
<u>Elementary School et al.</u>

**O R D E R**

Proceeding *pro se and in forma pauperis*, plaintiff Jack Vaughan has filed a complaint, alleging that he has been subjected to gender-based disparate treatment in violation of Title VII of the Civil Rights Act ("Title VII"), 42 U.S.C. § 2000e <u>et</u> <u>seq</u>.  By order of September 16, 2005, I concluded that he sufficiently alleged a cause of action under Title VII and ordered the complaint served on the defendants.  <u>See</u> LR 4.3(d)(1)(B)(iii).

As plaintiff has completed a summons form for each defendant, the Clerk's Office shall forward to the United States Marshal for the District of New Hampshire ("U.S. Marshal's Office") the summonses and copies of the complaint (document no. 1), my previous order (document no. 4) and this order.  Upon receipt of the necessary documentation, the U.S. Marshal's Office shall effect service upon the defendants.  <u>See</u> <u>id.</u>; Fed. R. Civ.

P. 4(c)(2).

Defendants are instructed to answer or otherwise plead within twenty days of service.  See Fed. R. Civ. P. 12(a)(1)(A).

Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on the defendants by delivering or mailing the materials to them or their attorney(s), pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: October 4, 2005

cc:   Jack Vaughan, *pro se*