**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>Jack Vaughan</u>

    v.                                          Civil No. 05-cv-223-JD

<u>Bernice A. Ray Elementary School, et al.</u>

**O R D E R**

The Deputy Marshal was unable to serve Superintendent Greenbaum at the address provided by plaintiff.  Plaintiff is ordered to prepare a new summons with a current address for Greenbaum.

**SO ORDERED.**

                                              _/s/ James R. Muirhead_
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: October 19, 2005

cc:   Jack Vaughan, *pro se*